Caroline E. Cox, as Administratrix, etc., of Malachi F. Cox, Deceased, Respondent, v. Seglin-Harrison Construction Co., Inc., Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Edward S. Preston, Sr., Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of Amy E. Scheidecker, Petitioner, for an Order of Certiorari against The Department of State of the State of New York, and Edward J. Flynn, as Secretary of State of the State of New York, Respondents. McAteer Realty Co., Inc., and Others, Intervenors.— Motion for leave to present appeal on typewritten papers denied, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Thomas D. Lillis, Respondent, against The Great Atlantic and Pacific Tea Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

Benjamin Cloe, Respondent, v. Edward J. Murphy, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [148 Misc. 819.]

The William Breese Company, Respondent, v. Kenneth Hayes Meeker, as Administrator, etc. of Herman Ellsworth Meeker, Deceased, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

William M. Walsh and Another, Respondents, v. Philip W. Moeller and Others, Defendants. Philip G. Moeller, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. Jean Kirsher, Appellant, v. Thomas H. Murphy, as Warden of Clinton Prison, Respondent. — Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

The People of the State of New York ex rel. Joseph Lesser, Appellant, v. Thomas H. Murphy, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.